IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TINA LOUISE WHITTENBURG,**

    **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No. 3:23-CV-02690-NJR

# ORDER AWARDING FEES

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Joint Motion for Attorney Fees under the Equal Access to Justice Act ("EAJA") filed by Defendant Commissioner of Social Security. (Doc. 27).[1] The parties jointly move for entry of an order granting Plaintiff a total attorney fee award of $7,850.61. (*Id.*).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the EAJA, 28 U.S.C. § 2412(d)(1)(B). The parties request that Plaintiff receive $7,850.61, which the Court finds reasonable and appropriate. Thus, the joint motion (Doc. 27) is **GRANTED**.

Plaintiff is awarded **$7,850.61** for attorney fees and expenses in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the EAJA, 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be

---

[1] Days before this joint motion was filed, Plaintiff petitioned the Court independently for attorney fees under the EAJA. Due to the subsequently filed joint motion, Plaintiff's original motion (Doc. 24) is **DENIED as moot**.

offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the Government subject to the offset, Defendant will direct that the award be made payable to the **LAW OFFICES OF KENNETH R. HILLER, PLLC** pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: **Hiller Comerford Injury & Disability Law, 6000 North Bailey Avenue, Suite 1A, Amherst, NY 14226.**

      IT IS SO ORDERED.

      DATED:  January 7, 2025

                                       **NANCY J. ROSENSTENGEL**
                                       **Chief U.S. District Judge**